UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Celita Sanford,

        Plaintiff(s),                      Case No. 15-11171

v.                                          Judge  Sean F. Cox

Anthony Stewart,                      Magistrate Judge  Anthony P. Patti

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number ___7___, filed ___June 9, 2017___, has been modified.  The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact ___Jennifer McCoy___ at _(313) 234-2653_.

DAVID J. WEAVER, CLERK OF COURT

Dated: _June 9, 2017_                      s/Jennifer McCoy
                                                  Deputy Clerk